**Exhibit A to the Complaint**

**Location:** Boston, MA  **IP Address:** 73.234.91.142
**Total Works Infringed:** 34  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B7FED358279E9DFB1F4AC53FBD793535B5BD700F<br>File Hash:<br>68393117762F6CAA5518BDDE37E3215A7F0AD368F590E9752F5DD9ACAD049872 | 05-08-2023 20:44:08 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 2 | Info Hash: 758DA995602F5A88C391EA8B40F677AF77FA17E7<br>File Hash:<br>8F8EB2A9F45B0CB016DCF638192D6AA14423909767C4774E1EFB4FB7D2C34BE4 | 05-08-2023 19:48:28 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 3 | Info Hash: 1D1695665E956F1A119187017F0C40F9F58DC7AB<br>File Hash:<br>A6DFC8DE958A72B3E787C772444A310604C4AE6642DF342A33D0289BEEB38C1E | 04-26-2023 13:36:31 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 4 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 04-24-2023 18:52:40 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 5 | Info Hash: 43BEC5F1F590271C5D75897B30CC3DC2E030AAEA<br>File Hash:<br>08E1A442732DA4A0BF5F7EEB3522DB1568E989CCA02198E117EBD48503864D9A | 04-18-2023 13:08:47 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 6 | Info Hash: 2911656534052526E124BDE86680FBC3B902BEF3<br>File Hash:<br>6BAB2CA316867F6DB59838D1747B94D352D1149884867393B6C8E724C799DF0D | 04-17-2023 00:10:16 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 7 | Info Hash: ED8FFF68BC66458476475739AB007AE9A3F59C12<br>File Hash:<br>2DC1DB015B8429D183B878C11D1B5059ADE95046230CD35FEC5C3427070CB2D8 | 04-09-2023 20:50:55 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 8 | Info Hash: 8E8BE260F3F5EA99B9293E83F0B62B76C814DBFB<br>File Hash:<br>71BC2E1F72C6FAACEDA50678319080E46B039DC3A1EC3D078E1FADA191B1BF03 | 04-05-2023 03:10:16 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 9 | Info Hash: BB99D8516F04910F451D18008CCEC6F3CD62B98C<br>File Hash:<br>D9C2EADED3AC48870AEA51285CDEBB6AAA0F0248CAB422102E1BE4CF45DCD60F | 03-31-2023 03:03:50 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 10 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash:<br>97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03-29-2023 17:22:05 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 11 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash:<br>E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-28-2023 13:34:27 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6408AC30915EBB5D088C812A9102CF90D28B0BBB<br>File Hash: C876715ACC4419649BA1FCB7529C0BEDAD1C5E9EB995D6BF717EF1247238CC41 | 03-28-2023 13:03:08 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 13 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash: 97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03-28-2023 12:54:30 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 14 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash: EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 03-28-2023 12:30:29 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 15 | Info Hash: A58A1F7DCFDC07680F0A1D896EEEFC041EF00B42<br>File Hash: 1C265285335D6DC658A22CB9D0A789458889004CB7D044A69404BB2B4DBDAAC1 | 03-28-2023 11:26:20 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 16 | Info Hash: 2DA795BBF532A4686782909A078AF261CCF0EC06<br>File Hash: 8AE90A8A3C28D74E3227EFDE0C692BECFB2EAFE196E9C398430B9B80307655D3 | 03-28-2023 10:26:17 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 17 | Info Hash: 6DF96D14D583033748F71DBC604AC9E07ACD02B9<br>File Hash: 8309AA472A5C7695B4C4F866454BBBBED0D9E1FC45AF2042640756218F1E82CD | 03-28-2023 09:18:30 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 18 | Info Hash: D069089AB13A3673C776D2962192177EB5955C98<br>File Hash: 9DAE9DBA4914D748F9D85C021A44147300AF952B2222B8768B41953A2B41041A | 03-27-2023 18:28:01 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 19 | Info Hash: 6E4F043E7A0D035258E2AFC14A251E5C2B5EAF09<br>File Hash: FDB70058503339BA12C5B75B1AE480E5C7F475260D488853824DA477A708A596 | 03-15-2023 12:24:27 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 20 | Info Hash: 45EAD6B0B3012697687F5F070DD326B822B71C15<br>File Hash: 74DDF25EF431EA6DEB7960975BDBCB50883D73E0E2D842434E56A9018DC40C92 | 02-28-2023 19:43:26 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 21 | Info Hash: 18953D8F4ABB4EF5673FF009ECCEAAD33EC45BB0<br>File Hash: A619E911A0F13FE5257F714E8A197156F995FB897B9721D7919F10A544942F68 | 02-27-2023 04:08:13 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 22 | Info Hash: 32BB4BAAA2F8E9A801DCA38AA5CE516DFBEAE558<br>File Hash: 9CD55BF80ACEABD77526BF13285D2554FD40A6A242E9B76FDF6A8342D6BD20DA | 02-24-2023 21:56:17 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 23 | Info Hash: 1322869C52C8D5D55382B283DEBBD6C6CFD98AAF<br>File Hash: 95B8ED169DD844C6CF2929D0B399E4472F5AFC24130360B3DDF856620DD48D7D | 02-24-2023 04:14:30 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-24-2023 04:12:54 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 25 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash:<br>0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 02-24-2023 04:12:16 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 26 | Info Hash: 8ADBF077B90ADDD57155F5BE20D4D31FE793C3F6<br>File Hash:<br>1B855CA1B383B81489795386D3C373E3A4353EB3380AF05D6B8A2578AA3EDEFF | 02-22-2023 02:44:55 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 27 | Info Hash: 608585073CBF75089404F0EA7B2B175E95975C22<br>File Hash:<br>9592CC63893B4E66C8E97B25CB030FD712C703E00E5606687E7D3A43F7D6E1C8 | 02-20-2023 20:08:04 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 28 | Info Hash: B9DF002116540453038D67546BB3641D0F58C69E<br>File Hash:<br>FBA5E95F4E0DD7FA9E2A056710154F81DD5DA85E516F4763E2C993952D13A8AE | 02-19-2023 01:56:52 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 29 | Info Hash: FDEA20F1AA2FC7169E193A30D1D77C257494108C<br>File Hash:<br>2825AF8302C837EE128BC06CC45915EE6F4F0D74763F950A182C7210171D5DE5 | 02-18-2023 20:03:46 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 30 | Info Hash: D1651C6DA29AE55AF598EC11B767B6F14CA7D63B<br>File Hash:<br>B06835EE187A664818E9D1423A605CE02199925A9DA30454191EBDC07AE742F8 | 01-30-2023 14:24:41 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 31 | Info Hash: 8444E90800C2C301FCE5C82E47F664795DA33841<br>File Hash:<br>50E5BA76FD30E838BA7AE8E1471528A588ED92B8254448C0BF0FB2F80828B2F1 | 01-30-2023 14:20:13 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 32 | Info Hash: 14B4474AA97BEC828EFF43949CBB73AB72FC78C8<br>File Hash:<br>FE1CB53D73B5F940FAADEC1F4D544F53F06AC236E71736855C773A85F62E1339 | 01-25-2023 07:19:04 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 33 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-22-2023 22:07:18 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 34 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash:<br>04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-21-2023 16:13:52 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |